**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

HEDDI LINDBERG,

      Plaintiff,

  v.

WELLS FARGO BANK, N.A., *et al.*

      Defendants.

_____/

No. C 14-02544 WHA

No. C 13-00808 PJH

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

15
16
17
18
19

     Defendant Wells Fargo identified *Lindberg v. Wells Fargo Bank, N.A.*, 13-00808 PJH, as

a related action (Dkt. No. 8).  As both actions involve the same parties and property (3 Summit

Street, San Francisco, California 94112), this action is referred to Judge Phyllis Hamilton to

determine relation.  **CIVIL L.R. 3-12.**

20
21

     **IT IS SO ORDERED.**

22
23
24

Dated:  June 9, 2014.

                                              
_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

25
26
27
28