UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEDDI LINDBERG,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

_____/

No. C 14-2544 PJH

**JUDGMENT**

The court having granted defendant's motion to dismiss without leave to amend,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge